In the Matter of Nordstrom, Stephen, Jr.,
a Minor Child.
STATE ex rel JUVENILE DEPARTMENT OF
MULTNOMAH COUNTY,
*Respondent,*
*v.*
NORDSTROM,
*Appellant.*

(No. 55,982, CA 15006)

608 P2d 178

Richard D. Senders, Portland, argued the cause and filed the brief for appellant.

James C. Rhodes, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Campbell, Judges.

THORNTON, J.

## THORNTON, J.

The mother appeals from an order terminating her parental rights, assigning as error the ultimate conclusion and, in particular, the admission of certain hospital records concerning her participation in both state and federal drug abuse programs. We have reviewed the record *de novo* and, ignoring the challenged records, find the evidence overwhelming that this mother is presently unfit to raise the child and will likely be unable to do so in the foreseeable future. *State ex rel Juv. Dept. v. Hayworth*, 35 Or App 161, 165, 581 P2d 100, *rev den* 284 Or 235 (1978).

Affirmed.